**Excolo Law, PLLC**
Keith Altman (SBN 257309)
Solomon Radner (PHV pending)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email: kaltman@lawampmmt.com
         sradner@1800lawfirm.com

**1-800-LawFirm**
Ari Kresch (PHV pending)
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
800-LawFirm
Email: akresch@1800lawfirm.com

**LAW OFFICE OF THEIDA SALAZAR**
Theida Salazar, SBN 295547
2140 N Hollywood Way
#7192
Burbank, CA 91510
Telephone: (818)433-7290
salazarlawgroup@gmail.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY CLAYBORN, et al**<br>**PLAINTIFFS,**<br>V.<br>**TWITTER, INC., GOOGLE INC., AND FACEBOOK, INC.**<br>**DEFENDANTS.** | **DECLARATION PURSUANT TO SECTION 377.32 OF THE CALIFORNIA CODE OF CIVIL PROCEDURE** |

Clayborn v. Twitter, Google, and Facebook, Declaration Pursuant to CCP 377.32        1

I, Vanessa Nguyen, declare as follows:

1. I am over the age of 18 years. I have personal knowledge of the facts contained in this declaration, and if called as a witness I could and would testify competently to the truth of the facts stated herein.

2. I am the mother of Tin Nguyen ("decedent") who died on December 2, 2015, in San Bernadino, California.

3. No proceeding is now pending in California for administration of the decedent's estate. Further, no proceeding for administration of the decedent's estate is pending in any other state court at this time.

4. The affiant or declarant is the decedent's successor in interest (as defined in Section 377.11 of the California Code of Civil Procedure) and succeeds to the decedent's interest in the action or proceeding.

5. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

6. The affiant or declarant affirms or declares under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7. A certified copy of the decedent's death certificate is attached hereto.

Executed this 1st day of December, 2017

                                                           /s Vanessa Nguyen
                                                          Vanessa Nguyen

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY of SAN BERNARDINO
### DEPARTMENT OF PUBLIC HEALTH
351 N. MT. VIEW AVENUE, SAN BERNARDINO, CALIFORNIA 92415-0010

**CERTIFICATE OF DEATH** — STATE OF CALIFORNIA — 3201536012438

| Field | Value |
|---|---|
| 1. Name of Decedent — First | TIN |
| 2. Middle | THANH |
| 3. Last (Family) | NGUYEN |
| 4. Date of Birth | 04/05/1984 |
| 5. Age | 31 |
| 6. Sex | F |
| 9. Birth State/Foreign Country | VIETNAM |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces | NO |
| 12. Marital Status | NEVER MARRIED |
| 7. Date of Death | 12/02/2015 |
| 8. Hour | 1204 |
| 13. Education | BACHELOR |
| 14. Hispanic/Latino | NO |
| 15. Decedent's Race | VIETNAMESE |
| 17. Usual Occupation | ENVIRONMENTAL HEALTH SPECIALIST II |
| 18. Kind of Business/Industry | COUNTY GOVERNMENT |
| 19. Years in Occupation | 5 |
| 20. Decedent's Residence | 1405 W. CARRIAGE DRIVE |
| 21. City | SANTA ANA |
| 22. County/Province | ORANGE |
| 23. Zip Code | 92704 |
| 24. Years in County | 23 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | VANESSA NGUYEN, MOTHER |
| 27. Informant's Mailing Address | 1405 W. CARRIAGE DRIVE, SANTA ANA, CA 92704 |
| 31. Name of Father/Parent — First | HUONG |
| 33. Last | DO |
| 34. Birth State | VIETNAM |
| 35. Name of Mother/Parent — First | VANESSA |
| 37. Last Birth Name | NGUYEN |
| 38. Birth State | VIETNAM |
| 39. Disposition Date | 12/12/2015 |
| 40. Place of Final Disposition | GOOD SHEPHERD CEMETERY, 8301 TALBERT AVENUE, HUNTINGTON BEACH, CA 92646 |
| 41. Type of Disposition | BU |
| 42. Signature of Embalmer | BEVERLY COOP |
| 43. License Number | EMB9195 |
| 44. Name of Funeral Establishment | PEEK FUNERAL HOME |
| 45. License Number | FD946 |
| 46. Signature of Local Registrar | MAXWELL OHIKHUARE, MD |
| 47. Date | 12/09/2015 |
| 101. Place of Death | CONFERENCE CENTER — Other |
| 104. County | SAN BERNARDINO |
| 105. Facility Address | 1425 S. WATERMAN AVE |
| 106. City | SAN BERNARDINO |
| 107. Cause of Death — Immediate | MULTIPLE GUNSHOT WOUNDS |
| Time Interval | MINS |
| 108. Death Reported to Coroner | YES — 701509097 |
| 109. Biopsy Performed | NO |
| 110. Autopsy Performed | YES |
| 111. Used in Determining Cause | YES |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | NO |
| 113A. If Female, Pregnant | NO |
| 119. Manner of Death | Homicide |
| 120. Injured at Work | YES |
| 121. Injury Date | 12/02/2015 |
| 122. Hour | 1059 |
| 123. Place of Injury | CONFERENCE CENTER |
| 124. Describe How Injury Occurred | SHOT BY ASSAILANT(S) |
| 125. Location of Injury | 1425 S. WATERMAN AVE, SAN BERNARDINO, CA 92408 |
| 126. Signature of Coroner/Deputy Coroner | JAMES M. SUTCLIFFE |
| 127. Date | 12/07/2015 |
| 128. Type Name, Title of Coroner | JAMES M. SUTCLIFFE, DEP. CORONER |

Barcode: *0100010031040900*

### CERTIFIED COPY OF VITAL RECORDS

STATE OF CALIFORNIA } ss.
COUNTY OF SAN BERNARDINO

**DATE ISSUED: DEC 1 6 2015**

This is a true and exact reproduction of the document officially registered and placed on file in the VITAL RECORDS SECTION, SAN BERNARDINO DEPARTMENT OF PUBLIC HEALTH.

MAXWELL OHIKHUARE, M.D.
COUNTY HEALTH OFFICER
REGISTRAR OF VITAL STATISTICS

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.



*002434131*