UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANAN MEGALLA, ET AL., <br>     Plaintiffs, <br> v. <br> TWITTER INC., et al., <br>     Defendants. | Case No. 18-cv-00543-MEJ <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

The parties stipulated "that this action be transferred to the United States District Court for the Northern District of California pursuant to 28 U.S.C. § 1404(a) as a related case to *Clayborn*[*v. Twitter, Inc.*, 17-cv-6894-LB]." Dkt. No. 18 at 3.

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to *Clayborn v. Twitter, Inc.*, 17-cv-6894-LB.

**IT IS SO ORDERED.**

Dated: January 25, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge