1 | KEITH ALTMAN (CA SBN 257309)
kaltman@lawampmmt.com
2 | EXCOLO LAW, PLLC
26700 Lahser Road, Suite 401
3 | Southfield, MI 48033
Telephone:  (516) 456-5885
4 | *Attorneys for Plaintiffs*
**GREGORY CLAYBORN, et al., and**
5 | **HANAN MEGALLA, et al.**

6 | BRIAN M. WILLEN (*pro hac vice*)
bwillen@wsgr.com
7 | WILSON SONSINI
  GOODRICH & ROSATI, P.C.
8 | 1301 Avenue of the Americas 40th Floor
New York, NY 10019
9 | Telephone:  (212) 999-5800
Facsimile:  (212) 999-5899
10 | *Attorneys for Defendant*
**GOOGLE LLC**

PATRICK J. CAROME (*pro hac vice*)
patrick.carome@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, D.C. 20006
Telephone:  (202) 663-6000
Facsimile:  (202) 663-6363
*Attorneys for Defendant*
**TWITTER, INC.**

KRISTIN A. LINSLEY (CA SBN 154148)
klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-0921
Telephone:  (415) 393-8200
Facsimile:  (415) 393-8306
*Attorneys for Defendant*
**FACEBOOK, INC.**

[Additional counsel listed on the signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY CLAYBORN, et al., <br><br> Plaintiffs, <br> v. <br><br> TWITTER, INC., et al., <br><br> Defendants. | CASE NO.:  3:17-CV-06894-LB <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONSOLIDATE THE** *CLAYBORN* **AND** *MEGALLA* **CASES** |
| HANAN MEGALLA, et al., <br><br> Plaintiffs, <br> v. <br><br> TWITTER, INC., et al., <br> Defendants. | CASE NO.:  3:18-CV-00543-LB <br><br> Judge:  Hon. Laurel Beeler |

Defendants Twitter, Inc., Google LLC, and Facebook, Inc. (collectively, the "Defendants"); Plaintiffs Gregory Clayborn, individually and as successor-in-interest to the estate of Sierra Clayborn, Kim Clayborn, and Tamishia Clayborn; Vanessa Nguyen, individually

1    and as successor-in-interest to the estate of Tin Nguyen and Trung Do; Jacob Thalasinos, and

2    James Thalasinos (collectively, the "*Clayborn* Plaintiffs"); and Plaintiffs Hanan Megalla, Osama

3    Megalla, Veronica Martinez, and Abel Martinez (collectively, the "*Megalla* Plaintiffs")

4    (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as

5    follows:

6          WHEREAS, the *Clayborn* Plaintiffs and *Megalla* Plaintiffs each filed separate actions

7    against Defendants that this Court determined to be related actions (*Clayborn* Dkt. 23);

8          WHEREAS, this Court ordered that briefing on Defendants' motions to dismiss the

9    complaints in *Clayborn* and *Megalla* be consolidated, with Defendants directed to file "a single

10   response to the operative complaints in *Clayborn* and *Megalla*" and "a single joint reply

11   memorandum in further support of their motion to dismiss," and that the two sets of Plaintiffs

12   were "limited to a single joint memorandum in opposition to Defendants' motion to dismiss,"

13   *Clayborn* Dkt. 44; *Megalla* Dkt. 36;

14         WHEREAS, Defendants filed a consolidated motion to dismiss applicable to both cases

15   on October 5, 2018, *see Clayborn* Dkt. 53; *Megalla* Dkt. 47;

16         WHEREAS, on October 19, 2018, a substantive opposition was filed in only the

17   *Clayborn* case that was signed by only counsel for the *Clayborn* Plaintiffs, *see Clayborn* Dkt. 59;

18         WHEREAS, on October 19, 2018, counsel for the *Clayborn* Plaintiffs also filed, in both

19   cases, a document titled "*Megalla* Plaintiffs' Opposition To Defendants' Combined Motion To

20   Dismiss Plaintiffs' First Amended Complaint," stating that the *Clayborn* Opposition "should

21   stand for the Opposition to the Motion to Dismiss" in the *Megalla* case and that counsel for the

22   *Clayborn* Plaintiffs intended to join the *Megalla* Plaintiffs into the *Clayborn* case, *see Clayborn*

23   Dkt. 60; *Megalla* Dkt. 51;

24         WHEREAS, on October 26, 2018, Defendants filed a consolidated reply in support of

25   their motion to dismiss the two cases, *see Clayborn* Dkt. 61; *Megalla* Dkt. 52;

26         WHEREAS, Defendants' motion to dismiss was heard on December 6, 2018, *see*

27   *Clayborn* Dkt. 67; *Megalla* Dkt. 58;

28

1    WHEREAS, at the motion to dismiss hearing, the Parties agreed, and this Court ordered,

2 that the *Clayborn* and *Megalla* cases will be consolidated, with the named Plaintiffs in *Megalla*

3 being joined as Plaintiffs in *Clayborn*, *see Clayborn* Dkt. 67; *Megalla* Dkt. 58;

4    WHEREAS, the parties have agreed that, upon consolidation, the allegations of injuries

5 to the *Megalla* Plaintiffs set out in the *Megalla* complaint (*Megalla* Dkt. 1, ¶¶ 9-12, 127-131)

6 should be deemed allegations in the *Clayborn* First Amended Complaint, *Clayborn* Dkt. 50

7 ("*Clayborn* FAC"), and that the *Megalla* complaint shall otherwise be deemed superseded by the

8 *Clayborn* FAC;

9    WHEREAS, with the exception of the claim for wrongful death, all of the claims asserted

10 in the *Clayborn* FAC should be deemed to apply to the *Megalla* Plaintiffs;

11    WHEREAS, the parties agree that, upon consolidation, the pending consolidated motion

12 to dismiss should be deemed to apply to all claims asserted by both sets of Plaintiffs in the

13 consolidated *Clayborn* FAC, as altered to join the *Megalla* Plaintiffs and incorporate the

14 allegations of injuries to the *Megalla* Plaintiffs from the *Megalla* complaint;

15    WHEREAS, the parties agree that, upon consolidation, counsel for the *Clayborn*

16 Plaintiffs (who has also appeared as counsel for the *Megalla* Plaintiffs) shall serve as counsel of

17 record for all Plaintiffs;

18    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties,

19 through their respective counsel, that the *Clayborn* and *Megalla* cases are consolidated; that the

20 *Megalla* Plaintiffs are joined as Plaintiffs in *Clayborn*; that counsel for the *Clayborn* Plaintiffs is

21 counsel of record for all Plaintiffs; that the allegations appearing in *Megalla* Dkt. 1, ¶¶ 9-12, 127-

22 131, are deemed alleged in the *Clayborn* First Amended Complaint; that the pending

23 consolidated motion to dismiss continues to apply to all claims asserted by both sets of Plaintiffs

24 in the consolidated *Clayborn* First Amended Complaint; and that the *Megalla* Plaintiffs will be

25 deemed to have voluntarily dismissed their separate action, without prejudice, pursuant to Fed.

26 R. Civ. P. 41(a)(1)(A)(ii).

27

28

1    Dated:  December 31, 2018                      Respectfully submitted,

2        /s/ Keith Altman                              /s/ Brian M. Willen
     KEITH L. ALTMAN (CA SBN 257309)            BRIAN M. WILLEN (*pro hac vice*)
3    kaltman@lawampmmt.com                      bwillen@wsgr.com
     EXCOLO LAW, PLLC                           WILSON SONSINI
4    26700 Lahser Road, Suite 401                 GOODRICH & ROSATI, P.C.
     Southfield, MI 48033                       1301 Avenue of the Americas
5    Telephone:  (516) 456-5885                 40th Floor
                                                New York, NY 10019
6    THEIDA SALAZAR (CA SBN 295547)             Telephone:  (212) 999-5800
     salazarlawgroup@gmail.com                  Facsimile:  (212) 999-5899
7    LAW OFFICE OF THEIDA SALAZAR
     2140 N. Hollywood Way, #7192               DAVID H. KRAMER (CA SBN 168452)
8    Burbank, CA 91510                          dkramer@wsgr.com
     Telephone:  (818) 433-7290                 LAUREN GALLO WHITE (CA SBN 309075)
9    *Attorneys for Plaintiffs*                 lwhite@wsgr.com
     **GREGORY CLAYBORN, individually and as**  KELLY M. KNOLL (CA SBN 305579)
10   **successor-in-interest of the estate of Sierra**  kknoll@wsgr.com
     **Clayborn, KIM CLAYBORN, TAMISHIA**       WILSON SONSINI
11   **CLAYBORN; VANESSA NGUYEN,**              GOODRICH & ROSATI, P.C.
     **individually and as successor-in interest of the**  650 Page Mill Road
12   **estate of Tin Nguyen, TRUNG DO; JACOB**  Palo Alto, CA 94304-1050
     **THALASINOS, JAMES THALASINOS; and**     Telephone: (650) 493-9300
13                                              Facsimile: (650) 565-5100
     **HANAN MEGALLA, OSAMA MEGALLA,**         *Attorneys for Defendant*
14   **VERONICA MARTINEZ, and ABEL**           **GOOGLE LLC**
     **MARTINEZ**
15
         /s/ Kristin A. Linsley                     /s/ Patrick J. Carome
16   KRISTIN A. LINSLEY (CA SBN 154148)         SETH P. WAXMAN (*pro hac vice*)
     klinsley@gibsondunn.com                    seth.waxman@wilmerhale.com
17   JOSEPH TARTAKOVSKY (CA SBN 282223)         PATRICK J. CAROME (*pro hac vice*)
     jtartakovsky@gibsondunn.com                patrick.carome@wilmerhale.com
18   GIBSON, DUNN & CRUTCHER LLP                ARI HOLTZBLATT (*pro hac vice*)
     555 Mission Street, Suite 3000             ari.holtzblatt@wilmerhale.com
19   San Francisco, CA  94105-0921              WILMER CUTLER PICKERING
     Telephone:  (415) 393-8200                   HALE AND DORR LLP
20   Facsimile:  (415) 393-8306                 1875 Pennsylvania Avenue NW
     *Attorneys for Defendant*                  Washington, D.C. 20006
21   **FACEBOOK, INC.**                         Telephone:  (202) 663-6000
                                                Facsimile:  (202) 663-6363
22
                                                MARK D. FLANAGAN (CA SBN 130303)
23                                              mark.flanagan@wilmerhale.com
                                                WILMER CUTLER PICKERING
24                                                HALE AND DORR LLP
                                                950 Page Mill Road
25                                              Palo Alto, CA 94304
                                                Telephone:  (650) 858-6000
26                                              Facsimile:  (650) 858-6100
                                                *Attorneys for Defendant*
27                                              **TWITTER, INC.**

28

CASE NOS.:  3:17-CV-06894-LB          -4-        STIPULATION AND [PROPOSED] ORDER
3:18-CV-00543-LB                                          TO CONSOLIDATE CASES

1

**ATTORNEY ATTESTATION**

2

I, Patrick J. Carome, am the ECF User whose ID and password are being used to file this

3

Statement of Recent Decision.  In compliance with N.D. Cal. Civil L.R. 5-1(i)(3), I hereby attest

4

that concurrence in the filing of the document has been obtained from each of the other

5

signatories.

6

7

By:   <u>*/s/ Patrick J. Carome*</u><br>Patrick J. Carome

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

1

**[PROPOSED] ORDER**

2    Having considered the Stipulation to consolidate the *Clayborn* and *Megalla* cases, and

3 good cause appearing, IT IS HEREBY ORDERED that the Stipulated Request is GRANTED in

4 its entirety.  The Court orders as follows:

5    1. The *Clayborn* and *Megalla* cases are consolidated, with the named Plaintiffs in *Megalla*

6       joined as Plaintiffs in *Clayborn*.

7    2. The allegations of injuries to the *Megalla* Plaintiffs set out in the *Megalla* complaint,

8       *Megalla* Dkt. 1, ¶¶ 9-12, 127-131, are deemed part of the First Amended Complaint in

9       *Clayborn* ("*Clayborn* FAC").

10   3. With the exception of the claim for wrongful death, all of the claims asserted in the

11      *Clayborn* FAC are deemed to apply to the *Megalla* Plaintiffs.

12   4. The pending consolidated motion to dismiss continues to apply to all claims asserted by

13      both sets of Plaintiffs in the *Clayborn* FAC, as altered to join the *Megalla* Plaintiffs and

14      incorporate the injury allegations from the *Megalla* complaint.

15   5. Counsel for the *Clayborn* Plaintiffs shall promptly enter appearances in the *Clayborn*

16      case as counsel of record for the former *Megalla* Plaintiffs.

17   6. The *Megalla* Plaintiffs are hereby deemed to have dismissed, without prejudice, their

18      separate complaint in the *Megalla* case (No. 3:18-CV-00543-LB) pursuant to Fed. R. Civ.

19      P. 41(a)(1)(A)(ii), which case is hereby immediately terminated.

20
**IT IS SO ORDERED.**

21

22

23

Dated:

24                                                    Hon. Laurel Beeler
                                                      United States Magistrate Judge
25

26

27

28

---

CASE NOS.:  3:17-CV-06894-LB                -6-         STIPULATION AND [PROPOSED] ORDER
3:18-CV-00543-LB                                              TO CONSOLIDATE CASES